UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Lawrence C.J. Cary, ) | |
| ) | |
| Appellant, ) | |
| ) | **JUDGMENT** |
| ) | |
| Michael D. Neal & Associates, Inc. ) | No. 5:16-CV-943-BR |
| ) | |
| Appellee. ) | |
| ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that this appeal is DISMISSED.

This case is closed.

**This judgment filed and entered on June 2, 2017, and served on:**

Lawrence C.J. Cary (via US Mail at 3661 Sunset Ave. #222, Rocky Mount, NC 27804)
William Forrest Braziel, III (via US Mail at The Janvier Law Firm, 1101 Haynes St., Ste. 102, Raleigh, NC 27604)

June 2, 2017

PETER A. MOORE, JR, CLERK OF COURT

By: Deputy Clerk